FITTER et al. v. MORONEY et al. (Supreme Court, Appellate Division, First Depart-

ment. November 15, 1907.) Action by Helene Fitter and another against Edward Moroney and another. No opinion. Motion denied, on payment of $10 costs, and on condition that appellants have their appeal ready for January term. Order filed.